

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00424-CV

**IN RE David E. MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

On August 28, 2020, Relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). No motions for rehearing will be entertained.

It is so **ORDERED** on October 14, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Val Verde County Judge Lewis G. Owens Jr.'s certifying signatures for an application to place Ana Markowski Smith on the November 3, 2020 ballot for Val Verde County Attorney.